UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 10913
   WILFRED VILLANUEVA
   RITA VILLANUEVA                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-0068     SSN XXX-XX-0884

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 1246.87 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 822.02 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4574.23 | .00 | .00 |
| FIA CARD SERV/BANK OF AM | UNSECURED | 10688.91 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3065.86 | .00 | .00 |
| DOMINION RETAIL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | 289.88 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 318.91 | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 9051.75 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 10957.59 | .00 | .00 |
| FIRST NATL BANK OMAHA | UNSECURED | 1692.62 | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA/HSBC CA | UNSECURED | 1038.37 | .00 | .00 |
| HSBC BANK NEVADA/HSBC CA | UNSECURED | 261.10 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1134.26 | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 187.87 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 483.63 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PHARIA LLC | UNSECURED | 4641.14 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1487.34 | .00 | .00 |
| PETER VILLANUEVA | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | SECURED NOT I | 7064.32 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 2043.07 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 11.50 | .00 | 11.50 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,500.00 | | 2,113.62 |
| TOM VAUGHN | TRUSTEE | | | 164.88 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,290.00

PRIORITY                                          11.50
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 2,113.62
TRUSTEE COMPENSATION                             164.88
DEBTOR REFUND                                       .00
                       ---------------     ---------------
TOTALS                   2,290.00             2,290.00
```

       Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
       Dated: 12/22/08        _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE